PANO STEPHENS, ESQ., SB# 42122
Attorney at Law
P.O. Box 1548
Ukiah, California 95482-1548
Tel: (707) 462-1996
Fax: (707) 462-1999

MARTIN REILEY, ESQ., SB# 83697
THOMAS KEVIN KONICEK, ESQ., SB# 110744
LANAHAN & REILLEY LLP
Attorneys at Law
600 Bicentennial Way, Ste. 300
Santa Rosa, California 95403
Tel: (707) 524-4200
Fax: (707) 523-4610

Attorneys for Plaintiff
PHILLIP CHAMPION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILLIP CHAMPION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,,<br><br>　　　　　　Defendant. | CASE NO.: C 04-0101 CW<br><br>**E-Filing Case**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST THAT THE COURT CONSIDER PLAINTIFF'S SURREPLY BRIEF IN MAKING ITS DETERMINATION**<br><br>**Date　:　May 27, 2005**<br>**Time　:　10:00 a.m.**<br>**Place　:　Courtroom 2**<br>**　　　　Hon. Claudia Wilkens** |

　　　　Plaintiff PHILLIP CHAMPION respectfully requests that the Court consider Plaintiff's Surreply to Defendant's Noticed Motion and Reply Motion in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction (FRCP 12(b)(1), or Alternatively, for Summary Judgment (hereafter referred to as "Reply") in making its determination or, alternatively, to continue the hearing date to allow Plaintiff additional time to conduct further discovery in light of new evidence

raised in Reply papers submitted on behalf of Defendant, UNITED STATES OF AMERICA.

In response to the Government's underlying Motion, plaintiff filed an Opposition and Counter-Motion for Partial Summary Judgment. In reply, the Government has, in part, responded to the counter-motion and Plaintiff respectfully requests the opportunity to reply. Moreover, in its reply, the Government relies heavily on the declaration of an expert witness who previously has never been disclosed to Plaintiff. Plaintiff is simultaneously filing an objection to this evidence (see Objections to evidence proffered by Defendant in support of its Motion to Dismiss or alternatively, Summary Judgment). But should the Court not sustain the objection, plaintiff respectfully requests that the Court grant plaintiff the opportunity to conduct discovery (including the retention of possible rebuttal experts) concerning this new expert and the issues he raises. (F.R.C.P. 56(e) and (f); and Civil L.R. 6-3, 7-2, 7-3, 7-4.)

LANAHAN & REILLEY LLP

DATED: May 19, 2005        By _____
                              Thomas Kevin Konicek
                              Attorneys for Plaintiff,
                              PHILLIP CHAMPION

**ORDER**

The court having received and considered Plaintiff Phillip Champion's request to consider a surreply brief, or in the alternative, that the court grant additional time to allow Plaintiff to conduct further/additional discovery; and good cause appearing

IT IS HEREBY ORDERED

__X___            That Plaintiff's surreply be allowed;

Dated: May 31, 2005

SR/423076/med                      -2-
PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY                    CASE NO. C 04-0101 CW
BRIEF IN MAKING ITS DETERMINATION, ETC.

/s/ CLAUDIA WILKEN

Judge of the United States District Court

SR/423076/med
-3-
PLAINTIFF'S REQUEST FOR LEAVE TO FILE SURREPLY        CASE NO. C 04-0101 CW
BRIEF IN MAKING ITS DETERMINATION, ETC.